## Will of Saveland.

*January 13—February 8, 1921.*

*Appeal and error: Affirmance by divided court.*

Where the justices of the supreme court are equally divided in opinion on the question involved on an appeal, the judgment appealed from will be affirmed.

Appeal from a judgment of the circuit court for Milwaukee county: Gustave G. Gehrz, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Simmons & Walker* of Racine, and oral argument by *John B. Simmons.*

For the respondents there was a brief by *Lawrence A. Olwell,* attorney, and *Olwell, Durant & Brady,* of counsel, all of Milwaukee; and the cause was argued orally by *Lawrence A. Olwell.*

Eschweiler, J. The judgment of the court below affirmed a judgment of the Milwaukee county court construing certain provisions of a will.

Upon the hearing here Mr. Justice Kerwin did not participate. Mr. Justice Vinje, Mr. Justice Rosenberry, and

Mr. Justice Jones are of opinion that the judgment should be affirmed; Mr. Chief Justice Siebecker, Mr. Justice Owen, and the writer that it should be reversed. Under the rule it must therefore be affirmed.

*By the Court.*—Judgment affirmed.